KC **FILED** MHN

NOV 2 8 2007
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Francisco J. Martinez,<br>A075-818-907 | ) | |
| Petitioner, | ) | NO. |
| | ) | |
| v. | ) | |
| | ) | |
| Ruth Dorochoff, District Director, | ) | **07CV6673** |
| USCIS; Commissioner USCIS; | ) | **JUDGE GUZMAN** |
| and Michael Chertoff, Director of | ) | **MAGISTRATE JUDGE BROWN** |
| Homeland Security,  USCIS Robert | ) | |
| Blackwood, Field Office Director; | ) | |
| Robert Mueller, Director, F.B.I. | ) | |
| Respondents | ) | |

### Notice of Filing

TO:    Office of the Assistant U.S. Attorney       Attorney Deborah Gordon
       U.S. Department of Justice                  USCIS
       219 S. Dearborn, 5th Floor                  101 Congress Parkway 5th Fl.
       Chicago, IL 60604                           Chicago, IL 60605

   PLEASE TAKE NOTICE that on November 27th 2007, Plaintiffs filed with the District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus, a copy of which was delivered to your office on November 27th 2007.

Anel Z. Dominguez

### Certificate of Service

   The undersigned attorney certifies that he caused this Notice and all attachments to be served upon the above addressees by personal service by 5:00 P.M. on November 27th 2007

Anel Z. Dominguez

Dominguez Law Firm P.C.
5801 W Roosevelt Rd
Cicero, IL 60804
Tel.    708-222-0200
Fax.   708-222-2218

KC FILED

NOV 2 8 2007
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Francisco J. Martinez | ) | |
| | ) | **07CV6673** |
| Plaintiff, | ) | **JUDGE GUZMAN** |
| | ) | **MAGISTRATE JUDGE BROWN** |
| v. | ) | |
| U.S. Department of Homeland | ) | |
| Security, Secretary Michael Chertoff; | ) | |
| United States Citizenship and Immigration | ) | Jury Demand |
| Services, Robert Blackwood, Field Office Dirctor;) | | |
| Robert Mueller, Director, Federal Bureau of | ) | |
| Investigations | ) | |
| Defendants. | ) | |

## PETITION FOR HEARING ON NATURALIZATION APPLICATION

NOW COMES the Plaintiff, Francisco Martinez, by and through his attorney, Anel Z. Dominguez

of Dominguez Law Firm P.C., and respectfully petitions this Court for a hearing on his naturalization

application, and in support thereof, states as follows:

### STATEMENT OF ACTION

This action is brought to compel action on Application for Naturalization (hereinafter "N-400")

properly filed with the United States Citizenship and Immigration Services (hereinafter "USCIS") by the

Plaintiff. To the Plaintiff's detriment, Defendants have failed to adjudicate the application.

### JURISDICTION AND VENUE

1.  This Court has jurisdiction under 8 U.S.C. § 1447(b) and Immigration and Nationality Act

    ("INA") § 336(b). These provisions specifically provide for judicial review when USCIS fails to

    make a decision on a naturalization application within 120 days after examination.

2.  This Court has original jurisdiction to hear both civil actions arising under the law of the

    United States and actions to compel an officer or employee of the United States or an

agency thereof to perform a duty. 28 U.S.C. § 1331; 28 U.S.C. § 1361. This Court also has
jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201-2202.

3. This action is brought to compel the Defendants, and officer and an agency of the United
States, to perform the duties arising under the law of the Unites States.

4. This Court has jurisdiction to hear actions arising from claims that an agency or officer or
employee of a government agency failed to act in its official capacity and the person to
whom the duty owed suffered a legal wrong. 5 U.S. C. §702.

5. This action invokes the Plaintiff's right of due process under the Fifth Amendment of the
United States Constitution, over which this Court retains jurisdiction.

6. This action is brought due to the repeated failure of the Defendants to perform their duty to
adjudicate the Plaintiff's N-400 Application for Naturalization within a reasonable amount of
time. Failure to adjudicate said application has resulted in harm to the Plaintiff.

7. The USCIS interviewed Plaintiff on his application for naturalization on or about April 4,
2004. (Exhibit "A").

8. Venue is proper in the Northern District of Illinois because the Defendants reside in the
Northern District of Illinois and a substantial part of the activities complained of occurred in
the Northern District of Illinois. See 8 U.S.C. §1391 (e).

9. Plaintiff has exhausted all of his administrative remedies in this case as required by 8 C.F.R. §
336.9.

### PARTIES

10. Plaintiff is a native and citizen of Mexico who has been a Lawful Permanent Resident since
**** . Plaintiff is a person of good moral character and has demonstrated knowledge of the
English language and U.S. government and history as required by §316 of the INA, 8 U.S.C.
§1427.

11. Defendant MICHAEL CHERTOFF, the Secretary for the Department of Homeland Security ( hereinafter "DHS"), is being sued in his official capacity only.  Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff, through his delegates, has authority to adjudicate naturalization applications filed with USCIS and to accord citizenship under the provisions of §335 of the Immigration Act, 8 U.S.C. §1446.

12. Defendant Robert Blackwood (hereinafter "Blackwood"), is the District Director of Chicago USCIS, is being sued in his official capacity only.  Blackwood is charged with supervisory authority over all of Chicago, USCIS operations and USCIS agents and officers acting in their official capacity.

13. That Robert Mueller is sued in his official capacity.  Based upon information from USCIS, the Federal Bureau of Investigations (hereinafter "FBI") is responsible for the proper background and "name-check" clearance conducted on each applicant for Naturalization.

### CAUSE OF ACTION

14. Plaintiff filed form N-400, Application for Naturalization with USCIS on or about September 13, 2003 (Exhibit "B"), pursuant to §334 of the Immigration Act of 1990, Pub. L. No. 101-649, 104 Stat. 4978, 8 U.S.C. § 1445.

15. That on April 19, 2004, Plaintiff was scheduled at the Chicago, Illinois Citizenship Office. Plaintiff passes the tests of English, U.S. History and Government and was advised that a decision could not yet be made on the application.

16. That after date, Plaintiff made numerous inquiries concerning the status of his application. Specifically, on January 28, 2005, Plaintiff received a response from then Director Michael Comfort explaining that his application was on hold due to pending security checks.  (Exhibit "C").  After numerous additional inquires by area Congressmen, Plaintiff received a second letter from then Director Comfort stating that his application was on hold pending an FBI

clearance. (Exhibit "D").  Most recently, on May 21, 2007 Plaintiff received an email through Congressman Kirk's office from Robert Blackwood stating that an FBI clearance is still pending over 3 years later.  (Exhibit "D").

17. That Defendant's have no basis in law or in any of the regulations promulgated by the Attorney General not to successfully adjudicate Plaintiff's application.

18. That pursuant to §336 of the I.N.A., 8 U.S.C. §1447, Defendant Blackwood was required to make a determination on Plaintiff's application for naturalization within 120 days following examination.  That said period has expired.

19. That Plaintiff has been prejudiced as a result of Defendant's failure to receive a decision concerning his application.  Plaintiff has waited for over three years for a decision concerning whether he can become a Citizen of the United States and has been denied opportunities accorded with that status.

WHEREFORE, Plaintiff prays that this Court grant him the following relief:

A.   To hold a hearing on Plaintiff's application for naturalization as required by §336, 8 U.S.C. § 1447 (b).;

B.   To order Defendants to adjudicate Plaintiff's application immediately;

C.   To grant Plaintiff citizenship pursuant to his application for naturalization;

D.   Awarding Plaintiff reasonable attorney's fees pursuant to 28 U.S.C. § 2414 for failure of the Defendants to perform their duties within a reasonable amount of time; and

E.   Granting such other relief at law and in equity as justice may so require.

Respectfully Submitted,
FRANCISCO J. MARTINEZ

By: _____
Anel Z. Dominguez
Attorney for Plaintiff

U.S. Department of Justice
Immigration & Naturalization Service

## Naturalization Interview Results

A#: _075818907_

On ___4/19/ 04___, you were interviewed by INS Officer _____**JORDAN**___

- [✓] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____read / _____ / Write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [✓] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

**A)_____ Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

**B)___/___ A decision cannot yet be made about your application.**

**It is very important that you:**
- √ Notify INS if you change your address.
- √ Come to any scheduled interview.
- √ Submit all requested documents.
- √ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- √ Go to any oath ceremony that you are scheduled to attend.
- √ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (12/7/99)



U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

U.S. Citizenship
and Immigration
Services

CHI 70/48.2-C

August 9, 2004

Martinez Martinez
1510 Hamilton Ct.
Waukegan, IL 60085

Re: A075 818 907 - Martinez, Martinez

Dear Martinez Martinez,

Thank you for your recent inquiry. All efforts will be made to respond to your inquiry within 90 days of receipt. Depending on the complexity of your inquiry, additional time may be required to obtain the information requested.

Sincerely,

Michael M. Comfort
District Director

MMC:rl
Correspondence Tracking Number: **CHI080904 17**
Thank you for contacting USCIS Customer Service

**McGrath, Eileen**

**From:** Chi-Congressional [Chi-Congressional@dhs.gov]
**Sent:** Friday, January 28, 2005 1:44 PM
**To:** McGrath, Eileen
**Subject:** Response to your inquiry dated 1/28/2005 9:33:16 AM


U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604


January 28, 2005

The Honorable Mark Kirk
United States Representative
20 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085

Attention: Eileen McGrath

Re: A075 818 907 - Martinez, Francisco J.

Dear Congressman Kirk,

Service records indicate that the applicant's case is being held
pending name check completion. An interview or final decision cannot
be made on any application for naturalization or adjustment of
status to permanent resident until national security checks are
complete and the local USCIS office receives a response. National
security checks are performed by federal agencies other than the
United States Citizenship and Immigration Services (USCIS). Your
local USCIS office has no control over the pace of completion of
these required checks.

At any given time, there are many hundreds of this office's cases
pending due to national security checks. A significant portion of
these checks takes more than six months to complete. At the USCIS
Chicago District Office, cases with pending security checks are
queried every week to ensure that those whose checks have cleared
are acted on in a timely manner.

USCIS thanks your constituent for their patience and understanding
in this matter.

2/1/2005

Sincerely,

Michael M. Comfort
District Director

MMC:wac
Correspondence Tracking Number: CHI012805 22
Thank you for contacting USCIS Customer Service

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2367 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-8203

DISTRICT OFFICES:
3455 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 384-1655

1310 WEST 18TH STREET
CHICAGO, IL 60608
(312) 666-3882

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING MEMBER
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

## Congress of the United States
### House of Representatives
### Washington, DC 20515-1304

September 9, 2005

Mr. Francisco Martinez
1510 Hamilton Court
Waukegan, IL 60085-4641

Dear Mr. Martinez:

Thank you for your letter requesting assistance with your immigration issue.

Your residence is located in the 10th Congressional District of
Illinois. Congressional courtesy dictates that I forward your letter to your
elected federal representative, Mark Steven Kirk. You may contact
Congressman Kirk at his office located on 20 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085-4641.

I trust that he will be able to assist you with your matter.

Sincerely,

Luis V Gutierrez

Luis V. Gutierrez
Member of Congress

LVG:nc

MARK STEVEN KIRK
10TH DISTRICT, ILLINOIS

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEES:
FOREIGN OPERATIONS
LEGISLATIVE BRANCH
COMMERCE, JUSTICE AND STATE AND
THE JUDICIARY

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1310

WASHINGTON OFFICE:
1531 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–4835
Fax: (202) 225–0837
Rep. Kirk@mail.house.gov

DEERFIELD OFFICE:
102 WILMOT ROAD, SUITE 200
DEERFIELD, IL 60015
(847) 940–0202
Fax: (847) 940–7143

WAUKEGAN OFFICE:
20 SOUTH MARTIN LUTHER KING DRIVE
WAUKEGAN, IL 60085
(847) 662–0101
Fax: (847) 662–7519

CONGRESSIONAL
HUMAN RIGHTS CAUCUS

September 21, 2005

Mr. Francisco J. Martinez
1510 Hamilton Court
Waukegan, Illinois 60085-4641

Dear Mr. Martinez:

Mr. Luis V. Gutierrez has forwarded your request to my request to my office. In order to be of assistance, I have contacted the United States Department of Citizenship and Immigration on your behalf. Once I receive a response from them regarding the status of your citizenship, I will contact you. Please call if you have questions, or need further assistance.

Sincerely,

Mark Steven Kirk
Member of Congress

## McGrath, Eileen

| | |
|---|---|
| **From:** | Moody, Victoria L [ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ] behalf of CHI-Congressio▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Wednesday, October 19, 2005 11:09 AM |
| **To:** | McGrath, Eileen |
| **Subject:** | RE: Francisco J. Martinez A075818907 N-400 |

The Honorable Mark Kirk
U.S. Representative
20 South Martin Luther King Avenue
Waukegan, Illinois 60085
Attn: Eileen McGrath

United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Francisco J. Martinez (A75 818 907). Our information shows that the FBI "name check" for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a name check clearance is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the name check your constituent must provide a written request with an explanation directed to the District Director for consideration. The FBI will only expedite the processing if the person is in the military, an "age-out" or diversity (DV) lottery winner.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Michael M. Comfort
District Director

-----Original Message-----
**From:** McGrath, Eileen [mailto:Eileen.McGrath@mail.house.gov]
**Sent:** Wednesday, September 21, 2005 2:59 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: Francisco J. Martinez A075818907 N-400

Re:  Francisco J. Martinez
A075818907
Case Type:  Citizenship

What is the status of his oath ceremony?

Eileen McGrath
District Representative

10/25/2005

MARK STEVEN KIRK
10TH DISTRICT, ILLINOIS

COMMITTEES:
BUDGET

TRANSPORTATION AND
INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS AND TRANSIT

ARMED SERVICES
SUBCOMMITTEES:
MILITARY PROCUREMENT
MILITARY PERSONNEL

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1310

WASHINGTON OFFICE:
1531 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4835
Fax: (202) 225-0837
Rep. Kirk@mail.house.gov

DEERFIELD OFFICE:
102 WILMOT ROAD, SUITE 200
DEERFIELD, IL 60015
(847) 940-0202
Fax: (847) 940-7143

WAUKEGAN OFFICE:
301 WASHINGTON STREET
WAUKEGAN, IL 60085
(847) 662-0101
Fax: (847) 662-7519

CONGRESSIONAL
HUMAN RIGHTS CAUCUS

October 25, 2005

Mr. Francisco J. Martinez
1510 Hamilton Court
Waukegan, Illinois 60085-4641

Dear Mr. Martinez:

Enclosed is a response from the Chicago District Office of Immigration Services. Regrettably, your name check is still pending. Please call me at (847) 662-0101 if you have questions or need further assistance. I will keep your case on file.

Sincerely,

Mark Steven Kirk
Member of Congress



**INFOPASS**
Your e-Ticket to Immigration
Information

**Name:** **Francisco Javier Martinez**

**Appointment Type:** Question about case

**Confirmation No.:** CHI-06-9661     **Authentication Code:** f5ff

**Appointment Date:** **March 30, 2006**     **Appointment Time:** **11:00 AM**

**Location:** 10 WEST JACKSON BLVD., Chicago, IL 60604; LOBBY

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



**\* C H I - 0 6 - 9 6 6 1 \***

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## *92101*

MARK STEVEN KIRK
10TH DISTRICT, ILLINOIS

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEES:
FOREIGN OPERATIONS

SCIENCE, STATE, JUSTICE AND COMMERCE

MILITARY QUALITY OF LIFE AND
VETERANS AFFAIRS

WASHINGTON OFFICE:
1717 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4835
FAX: (202) 225-0837
www.house.gov/kirk

NORTHBROOK OFFICE:
707 SKOKIE BLVD, SUITE 350
NORTHBROOK, IL 60062
(847) 940-0202
FAX: (847) 940-7143

WAUKEGAN OFFICE:
20 SOUTH MARTIN LUTHER KING DRIVE
WAUKEGAN, IL 60085
(847) 662-0101
FAX: (847) 662-7519

CONGRESSIONAL
HUMAN RIGHTS CAUCUS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1310

May 21, 2007

Mr. Francisco J. Martinez
217 Jacquelyn Lane
Waukegan, Illinois 60087

Dear Mr. Martinez:

Enclosed is a response from the United States Department of Citizenship and Immigration
Services. I hope that my office has been of assistance. Please call me at (847) 940-0202 if you
have questions or need further assistance. I will keep your case on file.

Sincerely,

Mark Steven Kirk
Member of Congress

**McGrath, Eileen**

| | |
|---|---|
| **From:** | ███████████████████████████ on behalf of CHI-Congressio████ |
| **Sent:** | Monday, May 21, 2007 9:50 AM |
| **To:** | McGrath, Eileen |

**Subject:** A075818907

The Honorable Mark Kirk
U.S. Representative
707 Skokie Blvd., Suite 350
Northbrook, IL. 60062
Attn: Eileen McGrath

May 21, 2007

A75-818-907 Francisco J. Martinez

Dear Congressman Kirk:

This is in response to your inquiry dated May 18, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Francisco J. Martinez. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand that your constituent is frustrated by the progress of his/her application. In order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting

evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.

Sincerely,

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

**From:**
**Sent:** Monday, May 21, 2007 8:42 AM
**To:** CHI-Congressional4
**Subject:** FW: Francisco J. Martinez A075818907 N-400

**From:** McGrath, Eileen [mailto:Eileen.McGrath@mail.house.gov]
**Sent:** Friday, May 18, 2007 3:50 PM
**To:**
**Subject:** RE: Francisco J. Martinez A075818907 N-400

Re:  Francisco J. Martinez
A075818907
N-400

New Address:
2717 Jacquelyn Lane
Waukegan, Illinois  60087

5/21/2007

# DBI TEN-RINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _Martinez_ _Francisco_ _Javier_ _____ Suffix
     Last            First           Middle

DATE OF BIRTH: _1973_ _03_ _30_ PHONE #: _847 625-0403_
                Year   Month   Day

PLACE OF BIRTH: _Mexico (Guanajuanto)_ SEX: (Male or Female) _Male_

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native      ____ Black     _X_ White (Hispanic also check)

____ Asian or Pacific Island      ____ Unknown

height: _5_ Feet _8_ Inches          weight: _180_ Pounds

EYE COLOR: Check the most appropriate code below:

__ Black _X_ Brown ____ Green ____ Gray ____ Pink __ Hazel __ Blue ____ Maroon

hair COLOR: Check the most appropriate code below:

_X_ Black ____ Bald ____ White ____ Sandy ____ Red __ Gray __ Blonde ____ Brown

COUNTRY OF CITIZENSHIP: _Mexico_

SOCIAL SECURITY NUMBER: _633_ – _16_ – _7129_

ALIEN REGISTRATION NUMBER: A _075 - 818 -907_

LIST ANY OTHER NAMES YOU HAVE USED:

_Martinez-Lopez_ _Francisco_ _____
      Last            First           Middle           Suffix

RESIDENCE ADDRESS (List mailing address if different from residence):

_1510 Hamilton Ct._           _Waukegan_ _IL_ _60085_
Street number and name      Apartment #      City     State     Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _N-400_

| FD-258 Completed at BCIS/ASC: | LOCAL AIW STAMP |
|---|---|
| On: _10/28/03_ By: | _X LF_ |
| QC Check Completed By: | _157637_ |
|  | _827237_ |

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
|---|

Write your INS "A"- number here:

A 0 7 5 8 1 8 9 0 7

A. Your current legal name.

Family Name *(Last Name)*

MARTINEZ

Given Name *(First Name)*

FRANCISCO

Full Middle Name *(If applicable)*

JAVIER

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

MARTINEZ

Given Name *(First Name)*

FRANCISCO

Full Middle Name *(If applicable)*

Remarks

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☐ Yes   ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Action

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

| Part 2. Information About Your Eligibility   *(Check Only One)* |
|---|

I am at least 18 years old AND

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 7 5 8 1 8 9 0 7

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender
☒ Male  ☐ Female

B. Height
5 Feet 8 inches

C. Weight
180 Pounds

D. Race
☐ White  ☐ Asian or Pacific Islander  ☐ Black  ☐ American Indian or Alaskan Native  ☒ Unknown

E. Hair color
☒ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

F. Eye color
☒ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 0 5 2 0 0 1 | Present |
| 3419 MICHAEL AVE PARK CITY IL 60085 | 0 4 1 9 9 8 | 0 5 2 0 0 1 |
| | _ _ / _ _ _ _ | _ _ / _ _ _ _ |
| | _ _ / _ _ _ _ | _ _ / _ _ _ _ |
| | _ _ / _ _ _ _ | _ _ / _ _ _ _ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| MOTOROLA INC. | 2000 N DIVISION St. HARVARD IL 60033 | 0 5 1 9 9 3 | 0 3 2 0 0 3 | Cellular Operator |
| | | _ _ / _ _ _ _ | _ _ / _ _ _ _ | |
| | | _ _ / _ _ _ _ | _ _ / _ _ _ _ | |
| | | _ _ / _ _ _ _ | _ _ / _ _ _ _ | |
| | | _ _ / _ _ _ _ | _ _ / _ _ _ _ | |

| Part 9.  Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 8 1 8 9 0 7 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

  ☒

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ _ | | |

| Part 10.  Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☒ No

2. Have you EVER registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

3. Have you EVER voted in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?  ☐ Yes  ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☒ No

6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: A 0 7 5 8 1 6 9 0 7 |
| --- | --- |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☒ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
| --- | --- |
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

    a. The Communist Party?  ☐ Yes  ☒ No

    b. Any other totalitarian party?  ☐ Yes  ☒ No

    c. A terrorist organization?  ☐ Yes  ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

    a. The Nazi government of Germany?  ☐ Yes  ☒ No

    b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

    c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

**Part 10. Additional Questions (Continued)**

Write your INS "A"- number here:
A 0 7 5 8 1 8 9 0 7

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☒ Yes ☐ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) 08/14/1991    Selective Service Number 73106819725-2

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements (See Part 14 for the text of the oath)

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 5 8 1 8 9 0 7

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Francisco J. Martin*

Date *(Month/Day/Year)*

___/___/___

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)*

___/___/___

Preparer's Firm or Organization Name *(if applicable)*

Preparer's Daytime Phone Number

(     )

Preparer's Address - Street Number and Name

City

State

ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Complete Signature of Applicant

Officer's Printed Name or Stamp

Officer's Signature

Date *(Month/Day/Year)*

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

FRANCISCO JAVIER MARTINEZ

Complete Signature of Applicant

*Francisco J. Martin*

Form N-400 (Rev. 05/31/01)N Page 10

| Part 10.  Additional Questions *(Continued)* | Write your INS "A"- number here:<br>A _0 7 5 8 1 8 9 0 7_ |
|---|---|

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

| | | |
|---|---|---|
| 15.  Have you **EVER** committed a crime or offense for which you were NOT arrested? | ☐ Yes | ☒ No |
| 16.  Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? | ☐ Yes | ☒ No |
| 17.  Have you **EVER** been charged with committing any crime or offense? | ☐ Yes | ☒ No |
| 18.  Have you **EVER** been convicted of a crime or offense? | ☐ Yes | ☒ No |
| 19.  Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? | ☐ Yes | ☒ No |
| 20.  Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? | ☐ Yes | ☒ No |
| 21.  Have you **EVER** been in jail or prison? | ☐ Yes | ☒ No |

If you answered "Yes" to any of questions 15 through 21, complete the following table.  If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22.  Have you **EVER**:

| | | |
|---|---|---|
| a. been a habitual drunkard? | ☐ Yes | ☒ No |
| b. been a prostitute, or procured anyone for prostitution? | ☐ Yes | ☒ No |
| c. sold or smuggled controlled substances, illegal drugs or narcotics? | ☐ Yes | ☒ No |
| d. been married to more than one person at the same time? | ☐ Yes | ☒ No |
| e. helped anyone enter or try to enter the United States illegally? | ☐ Yes | ☒ No |
| f. gambled illegally or received income from illegal gambling? | ☐ Yes | ☒ No |
| g. failed to support your dependents or to pay alimony? | ☐ Yes | ☒ No |

| | | |
|---|---|---|
| 23.  Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? | ☐ Yes | ☒ No |
| 24.  Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? | ☐ Yes | ☒ No |

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A 0 7 5 8 1 8 9 0 7

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen
_ _ / _ _ / _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*
A _ _ _ _ _ _ _ _

3. Spouse's Immigration Status
☐ Lawful Permanent Resident  ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

4. Date Marriage Ended *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

5. How Marriage Ended
☐ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

4. Date Marriage Ended *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

5. How Marriage Ended
☐ Divorce  ☐ Spouse Died  ☐ Other _____

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 5 8 1 8 9 0 7

A. How many total days did you spend outside of the United States during the past 5 years?  **80** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  **7** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 06/28/2002 | 07/15/2002 | ☐Yes ☒No | MEXICO | 18 |
| 01/02/2002 | 01/22/2002 | ☐Yes ☒No | MEXICO | 21 |
| 09/30/2001 | 10/06/2001 | ☐Yes ☒No | MEXICO | 6 |
| 01/16/2001 | 01/30/2001 | ☐Yes ☒No | MEXICO | 4 |
| 04/15/2000 | 05/06/2000 | ☐Yes ☒No | MEXICO | 21 |
| 07/07/1999 | 07/12/1999 | ☐Yes ☒No | CANADA | 5 |
| 08/28/1998 | 09/03/1998 | ☐Yes ☒No | CANADA | 5 |
| / / | / / | ☐Yes ☐No | | |
| / / | / / | ☐Yes ☐No | | |
| / / | / / | ☐Yes ☐No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  [        ]  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*      Given Name *(First Name)*      Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*    /    /        3. Date of Marriage *(Month/Day/Year)*    /    /        4. Spouse's Social Security Number

5. Home Address - Street Number and Name      Apartment Number

City      State      ZIP Code

Form N-400 (Rev. 05/31/01)N Page 4

**Part 3. Information About You**

Write your INS "A"- number here:
A 075818907

A. Social Security Number

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

B. Date of Birth *(Month/Day/Year)*

03/30/1973

C. Date You Became a Permanent Resident *(Month/Day/Year)*

/ /

D. Country of Birth

MEXICO

E. Country of Nationality

MEXICO

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☒ Yes   ☐ No

G. What is your current marital status?   ☒ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

1510 HAMILTON CT.

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| WAUKEGAN | LAKE | IL | 60085 | USA |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*

(847) 625-0403

Evening Phone Number *(If any)*

( )

E-mail Address *(If any)*

Fcospeedy @ Ameritech.net



