# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Francisco J. Martinez

**DEFENDANTS**
U.S. Department of Homeland Security; Secretary Michael Chertoff; United States Citizenship and Immigration Services; Robert Blackwood, Field Office Director; Robert Mueller, Director, F.B.I.

**(b)** County of Residence of First Listed Plaintiff: Lake County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Anel Z Dominguez
Dominguez Law Firm P.C., 5801 W Roosevelt Rd Cicero, IL 60804
708-222-0200 / Fax 708-222-2218

Attorneys (If Known)
Office of U.S. Attorney
219 S. Dearborn, 5th Fl.
Chicago, IL 60604

**FILED NOV 28 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

07CV6673
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

## IV. NATURE OF SUIT

[x] 890 Other Statutory Actions

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Writ of Mandamus
28 U.S.C. Section 1331;
28 U.S.C. Section 1361

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes [ ] No

## IX. This case
[x] is not a refiling of a previously dismissed action.

DATE: 11/28/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]