MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Francisco J. Martinez
v.
U.S. Department of Homeland Security, Secretary Michael Chertoff; United States Citizenship and Immigration Services, Robert Blackwood, Field Office Director; Robert Mueller, Director, Federal Bureau of Investigations

Case Number: KC

**FILED**
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Francisco J. Martinez
Plaintiff

07CV6673
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

| | |
|---|---|
| NAME (Type or print) | |
| Anel Z Dominguez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| FIRM | |
| Dominguez Law Firm P.C. | |
| STREET ADDRESS | |
| 5801 W Roosevelt Rd | |
| CITY/STATE/ZIP | |
| Cicero, IL 60804 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6276461 | 708-222-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |