UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO J. MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  07 C 6673 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | Judge Guzman |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

       Respectfully submitted,

       PATRICK J. FITZGERALD
       United States Attorney

       By: s/ Gina E. Brock
          GINA E. BROCK
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-7919

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on December 7, 2007, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Gina E. Brock
GINA E. BROCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7919
