UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. 07 C 6673 |
| | ) | |
| FRANCISCO J. MARTINEZ, | ) | Hon. Judge Ronald Guzman |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Director of | ) | |
| The Department of Homeland Security, et. al. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES FRANCISCO J. MARTINEZ, by and through his attorney, Mark M. Graham, Dominguez Law Firm P.C. and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, moves and gives notice of the Petitioner's Voluntary Dismissal of his Petition filed in the above captioned cause. In support, the following is stated:

1. Plaintiff Petitioner brings this cause of action seeking a Writ of Mandamus and pursuant to statutory authority;

2. Cause has come before the Court once on status;

3. Defendants have appeared by the U.S. Attorney, but have not yet filed a motion or answer herein;

4. Rule 41(a) allows voluntary dismissal without prejudice;

5. Subsequent to filing his Petition, Francisco Martinez was re-interviewed by the United States Citizenship and Immigration Service and recommended for the oath ceremony of naturalization;

6. As a consequence of the Agency rendering a decision, Petitioner's claim for Mandamus is now moot.

WHEREFORE, Petitioner VOLUNTARY DISMISSES his Petition filed herein.

FRANCISCO J. MARTINEZ,
Petitioner

BY: /s Mark M. Graham
Attorney for Petitioner

Mark M. Graham
Dominguez Law Firm P.C.
5801 West Roosevelt Road
Cicero, IL 60804
708-222-0200